```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 45291
   GILBERT E KNIGHT
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-3723


---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/06/05 and confirmed on 01/26/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  27900.00 .

     4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
---------------------------------------------------------------------------
HARRIS BANK CONSUMER LOA SECURED VEHIC    6500.00         390.85         6500.00
ROUNDUP FUNDING LLC      UNSECURED       29406.87            .00         7423.28
ECAST SETTLEMENT CORPORA UNSECURED        8281.79            .00         2090.60
CAPITAL ONE BANK         UNSECURED       14866.61            .00         3752.83
RESURGENT CAPITAL SERVIC UNSECURED        9043.25            .00         2282.82
CITIBANK NA              UNSECURED      NOT FILED            .00             .00
DISCOVER BANK            UNSECURED      NOT FILED            .00             .00
ECAST SETTLEMENT CORPORA UNSECURED         451.29            .00          113.92
HARRIS BANK CONSUMER LOA UNSECURED        4671.66            .00         1179.28
CAPITAL ONE BANK         UNSECURED        3356.03            .00          847.18
FORD MOTOR CREDIT CO     SECURED              .00            .00             .00
        Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED     OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6500.00          .00     70077.50       .00       76577.50
PRINCIPAL PAID      6500.00          .00     17689.91       .00       24189.91
INTEREST PAID        390.85          .00          .00       .00         390.85
TOTAL PAID          6890.85          .00     17689.91       .00       24580.76
The Debtor's attorney, LEGAL HELPERS PC             , was allowed $    2700.00
and was paid $    600.00  direct and $   2100.00  through the plan.

The Trustee received $   1219.24 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 01/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE











                           PAGE   2
        CASE NO. 05 B 45291 GILBERT E KNIGHT